■ RAMON MARTY, Respondent, v. EDUARDA MARTY, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it

at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 5, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.